*# 11089330*
*2/8/10  #204.55*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 204.55
 CHECK # 14855 FOR $ 204.55
 Representing unclaimed funds.

DATED: 2-05-2010

                                _____
                                ALBERT J. MOGAVERO
                                CHAPTER 13 TRUSTEE


FILED FEB -8 2010 BANKRUPTCY COURT BUFFALO, N.Y.

OUTSTANDING DEBTOR REFUND CHECKS TO CLERK
**FOR CHECK # 14855**

| CK # | CASE # | AMOUNT | CR. NAME |
|---|---|---|---|
| 830770 | 06-01996 -SMITH | $ 40.00 | BRENDAN C. HAND<br>1413 WARD AVE # B.<br>HONOLULU, HI 96822 |
| 840813 | 06-03259- BARGE | 164.55 | NIAGARA MOHAWK<br>300 ERIE BLVD., BK TEAM C-3<br>SYRACUSE, NY 13202 |